[No. 6418.]

## EMPIRE RANCH AND CATTLE COMPANY V. JONES.

Judgment affirmed on authority of *Empire Ranch &c. Co. v. Coldren, ante*—(115).

*Appeal from Washington County Court*—HON. C. W. BALLARD, Judge.

Mr. R. H. GILMORE and Mr. J. C. GUNTER for appellant.

Mr. ISAAC PELTON and Mr. E. T. WELLS for appellee.

Mr. JUSTICE BAILEY delivered the opinion of the court.

The action, wherein appellee was plaintiff and appellant was defendant, was to remove cloud from title, created, as is alleged, by a void tax deed and a void decree entered in the county court of Washington County, Colorado, on the 2nd day of July, 1902, on constructive service, which assumed to quiet title to the land in the defendant. The judgment and decree was for plaintiff and defendant brings the case here for review on appeal.

On the authority of the decision in the case of *The*

*Empire Ranch and Cattle Company vs. Coldren,* just announced, the title of plaintiff being unchallenged in argument, the judgment must be affirmed, as the issues involved in the two cases are practically identical.

The judgment is affirmed.

Decision *en banc.*